

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-15-00139-CR**

**IN RE JASON LEE SCONCE**

**Original Proceeding**

## MEMORANDUM OPINION

Relator, Jason Lee Sconce, has filed a pro se "Motion to Intervene" in this Court, complaining about actions taken by respondent, the Honorable Matt Johnson, as Judge of the 54th Judicial District Court of McLennan County, Texas. We construe this document as a petition for writ of mandamus, and after reviewing the contents of relator's filing, we deny relator's petition.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed April 23, 2015
[OT06]

